Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

**1:21-CV-4183**

THE ESTATE OF ELYSE IMANI PUREFOY, the
Deceased, A Minor by *Guardian/parent*

*Plaintiff(s)* Kimberly Ballard-Purefoy

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

DEKALB COUNTY SCHOOL DISTRICT and
MONICA MURCHISON

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 08 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Teri Fields, Estate Administrator |
| Street Address | 157 South McDonough Street, |
| City and County | Jonesboro |
| State and Zip Code | Georgia 30236 |
| Telephone Number | 404-994-6218 |
| E-mail Address | info@obiorahfields.com |

Name · Kimberly Ballard-Purefoy, mother
Street Address · 1931 Greensbrooke Close
City and County · Stone Mountain, DeKalb County
State and Zip Code · Georgia 30088
Telephone Number · 770-367-5937
Email Address · purenutrition and health@gmail.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Dekalb County School District |
| Job or Title *(if known)* | uperintendent |
| Street Address | 1701 Mountain Industrial Boulevard |
| City and County | Stone Mountain Dekalb County |
| State and Zip Code | Georgia 30083 |
| Telephone Number | 678-676-1200 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Monica Murchison |
| Job or Title *(if known)* | Jewels Dance Coach |
| Street Address | 6610 Browns Mill Rd. |
| City and County | Stonecrest, Dekalb |
| State and Zip Code | GA 30038 |
| Telephone Number | 678-875-3602 |
| E-mail Address *(if known)* | monica murchison@dekalbschoolsga.org |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This civil rights action is brought pursuant to, inter alia, the Fourteenth Amendment to the United States Constitution, 42 U.S.C. §§ 1983. This court has jurisdiction over federal claims pursuant to the constitutional provisions enumerated and 28 U.S.C. § 1331 and § 1343 (3) amd (4), as they are brought to redress drivations of rights privileges and immunities secured by the United States Constitution and by law. This court has supplemental jurisdiction over the state claims pursuant to 28 U.S.C. § 1367.

Venue is proper in the Northern District of Georgia under 28 U.S.C.§ 1391 (b), in that Defendants are located in this state and district and division, and a substantial part of the acts and/or omissions giving rise to Plaintiff's claim occurred in this district.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On June 10, 2019, Elyse I. Purefoy was a new member of the Arabia Mountain High School dance team. While performing physical training outside required by the team, which included running, Elyse Purefoy complained of not feeling well, not feeling her legs and asking for water. She was denied water and assistance and pushed to keep going.Elyse Purefoy reportedly collapsed on the track field at approximately 9 am.. Emergency assistance was called at 10:12 am. Elyse was transported by ambulance and went into cardiac arrest in route to the hospital. Her heart was revived in route, and she later went into cardiac arrest again three more times at the Emory Hillandale hospital, resulting in her death.

In June 2019 Elyse Imani Purefoy was a rising senior at Arabia Mountain High School and a new member of the Arabia Mountain Jewels team. As a new member of the Jewels, Elyse had to endure a period of what is understood by many to be a sort of hazing. Monica Murchison is the Jewels Dance Team Coach and is understood to be responsible for this "culture of hazing", fear, and denial of water on this dance team over the years and at the ttime of this event. On June 10, 2019, Elyse reported to Arabia Mountain High School at 8:00 am to attend practice with the dance team at the track on th football field. The temperature was noted as 83° F. Per the coaching staff of the dance team, around 9 am Elyse was running laps on the track when she began to complain of leg pain then ended up collapsing to her knees. One of the other members of the dance team ran to get help. Instead of immediately calling the ambulance and rendering the appropriate aid (AED support etc), several of the coaching staff poured cold water on Elyse to attempt to cool her down. Elyse did not get any better, and the ambulance was finally called at 10:12 am

Due to these tragic events and the untimely death of Elyse, we are pursing a wrongful death claim. It is our position that, despite the coroner's finding of a heart defect, that had hazing (ex. https://www.11alive.com/article/news/local/dance-team-update/85-ffc349b6-4ff2-43d4-a2ae-de24e8d1bee1) (the denial of water/hydration and taunting) not been a factor, which promoted the negligence and the failure to make reasonable and proper observations of Elyse while she attempted to run and complained, and also promoted the staff/coach's failure to render proper aid and to contact EMS in a timely mannerrequired aid by the coach, then Elyse's untimely death and the degree of her pain and suffering could have been avoided. .

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The specific amount of monetary damages being sought for the personal injury claim and wrongful death claim of Elyse Imani Purefoy is $500,000,000. The medical expenses, funeral/burial costs totalled approximately $30,000.

$5,000,000.00
KBP

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff    _Kimberly Ballard-Pureta_

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____